TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00754-CR

Myrna Salas Abbott, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW OF COMAL COUNTY

NO. 95CR-723, HONORABLE FRED R. CLARK, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for assault. Appellant has filed
a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: June 19, 1996

Do Not Publish